UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BRIDGEMAN, | No. 2:15-cv-2579 AC P |
| Plaintiff, | |
| v. | ORDER and |
| DEPARTMENT OF CALIFORNIA CORRECTION, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff commenced this prisoner civil rights action by filing a complaint on December 14, 2015. This action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).[1] By order filed December 29, 2015, plaintiff was directed to submit a fully completed in forma pauperis application or pay the appropriate filing fee within thirty days. See ECF No. 5. Plaintiff was cautioned that failure to comply with the court's order may result in a recommendation that this action be dismissed without prejudice. See id. at 2.

The thirty-day period has long expired and plaintiff has not responded to the court's order. Moreover, review of the Inmate Locator Website operated by the California Department of

---

[1] Plaintiff submitted an "Order Re. Consent or Request for Reassignment" indicating both that he consented, and did not consent, to the authority of the undersigned Magistrate Judge for all purposes. See ECF No. 4; see also ECF No. 5 (directing plaintiff to choose only one of the options).

1  Corrections and Rehabilitation (CDCR)² indicates that plaintiff continues to be incarcerated at the
2  California Medical Facility, where plaintiff was incarcerated when he commenced this action.
3  The court infers from this fact that plaintiff received the court's prior order and chose to disregard
4  it.
5       Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a
6  District Judge to this action.
7       Additionally, IT IS HEREBY RECOMMENDED that this action be dismissed without
8  prejudice.
9       These findings and recommendations are submitted to the United States District Judge
10 assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
11 after service of these findings and recommendations, plaintiff may file written objections with the
12 court; such document should be captioned "Objections to Magistrate Judge's Findings and
13 Recommendations."   Plaintiff is advised that failure to file objections within the specified time
14 may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
15 Cir. 1991).

DATED: March 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

² See http://inmatelocator.cdcr.ca.gov/ (Inmate Locator website operated by CDCR).  This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").