UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BRIDGEMAN, | No. 2:15-cv-02579 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CALIFORNIA CORRECTION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On November 1, 2017, the court received and docketed a letter from plaintiff which was characterized as a "Motion for Hearing." ECF No. 20. Plaintiff asks the court to order the United States Marshal to bring him to the undersigned's court, presumably to address the merits of his case, and states that he "pray[s] that [the undersigned] will be the judge to hear this case if it go[es] to trial." Id.

Plaintiff is informed that there are no matters pending in this case which require a hearing at this time. Moreover, the Local Rules of this court specify that when motions are filed in a prisoner case, they are heard "on the papers" without oral argument. Local Rule 230(l). Plaintiff

1

therefore should not expect to come to court in person unless and until there is a court settlement conference or a trial. Those are the only two circumstances in which incarcerated plaintiffs are generally brought to court in this district.

Plaintiff is further informed that a United States Magistrate Judge may only preside over a civil trial with the consent of all parties. See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73. Without the consent of all parties to magistrate judge jurisdiction, a United States District Judge must be assigned to the case and serve as the presiding judge. See Williams v. King, 875 F.3d 500, 501 (2017). In this case, plaintiff has consented to magistrate judge jurisdiction (ECF No. 9) but defendants have not. That is why District Judge Mendez is the assigned presiding judge. Pursuant to Local Rule 302(c)(17) and 28 U.S.C. § 636(b)(1), the undersigned Magistrate Judge will conduct all pretrial proceedings. The undersigned will issue orders regarding scheduling, discovery, and other "non-dispositive" matters, and will submit Findings and Recommendations to the district judge regarding any "dispositive" motions such as motions to dismiss or for summary judgment. See Local Rules 302, 304; 28 U.S.C. § 636(b)(1).

Accordingly IT IS HEREBY ORDERED that plaintiff's "Motion for Hearing" (ECF No. 20) is DENIED.

DATED: January 17, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE