IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BRIDGEMAN, | Case No. 2:15-cv-02579-JAM-AC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DEPARTMENT OF CALIFORNIA CORRECTION, et al., | |
| Defendants. | |

Good cause appearing, Defendant's motion to stay the current discovery and scheduling order (ECF No. 25) is GRANTED. All merits-based discovery is STAYED pending the resolution of Defendant's motion for summary judgment on the issue of exhaustion. See ECF No. 25. The Court also vacates the discovery and dispositive motion deadlines in its January 16, 2018 Discovery and Scheduling Order. See ECF No. 23. The Court will issue an Amended Discovery and Scheduling Order along with new discovery and dispositive motion deadlines in the event that Defendant's motion for summary judgment on the issue of exhaustion is denied.

IT IS SO ORDERED.

Dated: March 12, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1